| | |
|---|---|
| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice* |
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice* |
| Reno, NV 89509 | Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice* |
| T: (775) 324-2800 | **MELAND BUDWICK, P.A.** |
| F: (775) 324-1818 | 3200 Southeast Financial Center |
| notices@bankruptcyreno.com | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |
| | mbudwick@melandbudwick.com |
| | sgenet@melandbudwick.com |
| | mmurphy@melandbudwick.com |
| | gbenezra@melandbudwick.com |
| | abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>   Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>{table below} |

| | |
|---|---|
| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>   Plaintiff,<br><br>v.<br><br>JCB CONSULTING, INC. fka J&C CONSULTING, INC.; and CARRIE SUE BODEN-CARPOFF aka CAROLINE SUE BODEN-CARPOFF aka CARRIE CARPOFF aka CARRIE BODEN,<br><br>   Defendant. | Adversary No.: 21-05036-gs<br><br>**MOTION REQUESTING ENTRY OF DEFAULT PURSUANT TO F.R.CIV.P. 55 AND F.R.BANKR.P. 7055**<br><br>**Hearing Date: N/A**<br>**Hearing Time: N/A** |

1

Christina W. Lovato, in her capacity as the chapter 7 trustee ("**Trustee**" or "**Plaintiff**") for the substantively consolidated bankruptcy estates of DC Solar Solutions, Inc. ("**DCSS**"), DC Solar Distribution, Inc. ("**DCSD**"), DC Solar Freedom, Inc. ("**DCSF**"), and Double Jump, Inc. ("**DJ**," and together with DCSS, DCSD, and DCSF, the "**Debtor Estate**"), and as Plaintiff in this adversary proceeding, hereby requests entry of a default pursuant to F.R.Civ.P. 55 and F.R.Bankr.P. 7055.

1. Defendant JCB Consulting, Inc. fka J&C Consulting, Inc. ("**Defendant**") has failed to answer or otherwise plead after service.

2. On February 16, 2022, the Clerk of Court entered the Default of Defendant. **Adv. ECF No. 19**.

The Trustee requests entry of Default Judgment as follows:

1. Judgment against JCB Consulting, Inc. fka J&C Consulting, Inc. in the amount of $16,330,363.80.

This Request is supported by the separately filed Affidavit of Solomon B. Genet.

DATED: February 17, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman, Esq.*
Jeffrey L. Hartman, Esq., Attorney for Trustee
Christina W. Lovato

**MELAND BUDWICK, P.A.**

*/s/ Alexander E. Brody, Esq.*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Meaghan E. Murphy, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
Attorneys for Trustee Christina W. Lovato

## CERTIFICATE OF SERVICE

I certify that on February 17, 2022, I caused to be served the following document(s):

**MOTION REQUESTING ENTRY OF DEFAULT PURSUANT TO F.R.CIV.P. 55 AND F.R.BANKR.P. 7055**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

    ALEXANDER E. BRODY abrody@melandbudwick.com,

    ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com ;

    mrbnefs@yahoo.com

    MICHAEL S. BUDWICK   mbudwick@melandbudwick.com,

    ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com

    SOLOMON B. GENET    sgenet@melandbudwick.com,

    ltannenbaum@melandbudwick.com; ltannenbaum@ecf.courtdrive.com

    JEFFREY L. HARTMAN    notices@bankruptcyreno.com,

    abg@bankruptcyreno.com

    CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com

✔ b. Via U.S. Mail, postage prepaid, addressed to:

JCB Consulting, Inc. f/k/a J&C Consulting, Inc.
By and through its Registered Agent
Adam I. Miller
18301 Von Karman Avenue, Suite 950
Irvine, CA 92612

I declare under penalty of perjury that the foregoing is true and correct.

    DATED: February 17, 2022.

                               */s/ Alexander E. Brody, Esq.*
                               Alexander E. Brody, Esq.