_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
July 26, 2022
_____

| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>mmurphy@melandbudwick.com<br>gbenezra@melandbudwick.com<br>abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively Consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>Plaintiff,<br><br>v.<br><br>JCB CONSULTING, INC. fka J&C | Adversary No.: 21-05036-gs<br><br><br><br>**JUDGMENT BY DEFAULT** |

1

|   |   |   |
|---|---|---|
| 1 | CONSULTING, INC.; and CARRIE SUE BODEN-CARPOFF aka CAROLINE SUE BODEN-CARPOFF aka CARRIE CARPOFF aka CARRIE BODEN,<br><br>Defendant. | Hearing Date: N/A<br>Hearing Time: |

Default was entered against Defendant JCB Consulting, Inc. fka J&C Consulting, Inc. on June 29, 2022, **Adv. ECF No. 40**. The Plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due. Furthermore, it appears from the record that this Defendant is not an infant or incompetent person.

Therefore, pursuant to Fed. R. Civ. P. 55, as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against JCB Consulting, Inc. fka J&C Consulting, Inc. in favor of the Plaintiff as follows:

1. Judgment against Defendant JCB Consulting, Inc. fka J&C Consulting, Inc. in the amount of $16,019,000.00, together with interest at the federal rate from May 17, 2022.

Respectfully submitted by:

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for Plaintiff

**MELAND BUDWICK, P.A.**

*/s/ Solomon B. Genet*
Solomon B. Genet, Esq., Attorney for Plaintiff

###